# United States District Court

NORTHERN **DISTRICT OF** IOWA

FILED
U.S. DISTRICT COURT
CEDAR RAPIDS HDQTRS OFFICE
NORTHERN DISTRICT OF IOWA

MAR 9 2005

By: _____
DEPUTY

UNITED STATES OF AMERICA

**V.**

JOHNNY RAY MCATEE

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-41 M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____March 8, 2005_____ in _____Delaware_____ county, in the _____Northern_____ District of _____Iowa_____ defendant(s) did, (Track Statutory Language of Offense)

conspiracy to knowingly and intentionally possess pseudoephedrine, intending that the pseudoephedrine would be used to manufacture methamphetamine, and conspiracy to knowingly and intentionally attempting to manufacture a mixture or substance containing a detectable amount of methamphetamine

in violation of Title ___21___ United States Code, Section(s) _____841(a)(1), 841(c)(2) and 846_____ .

I further state that I am a(n)_____DEA Task Force Officer_____ and that this complaint is based on the following
Official Title

facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

03-09-2005 _____ at _____Cedar Rapids, Iowa_____
Date                                                                      City and State

JOHN A. JARVEY
Chief Magistrate Judge
_____          _____
Name & Title of Judicial Officer                              Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

**Attachment #1**

STATE OF IOWA ⟩
⟩ ss    <u>AFFIDAVIT</u>
COUNTY OF LINN ⟩

1.    I, Mark Strait, duly sworn upon oath, do depose and state as follows: I am employed as a Sergeant with the Linn County Sheriff's Office, and am a member of the Drug Enforcement Administration (DEA) Task Force. I have been employed by the Linn County Sheriff's Office since 1987. I have been a member of the DEA Task Force since 2002.

2.    This affidavit is in support of a request for criminal complaints for JOHNNY RAY MCATEE [hereinafter "JOHNNY"], JODIE ELAINE MCATEE [hereinafter "JODIE"], and MATTHEW GOESSE.

3.    During the afternoon of March 8, 2005, officers began conducting surveillance both inside and outside of the Target store, located on Blairsferry Road Northeast in Cedar Rapids, Iowa. Your affiant and Target Asset Protection Officers conducted surveillance through Target's video surveillance equipment. At approximately 5:01 p.m., officers observed JODIE and GOESSE drive into the Target parking lot and enter the store. Your affiant observed JODIE removing what appeared to be four boxes of pseudoephedrine from the shelf. JODIE placed two of the boxes into her cart and kept two boxes in her hand. She then walked to an area of the store where the officers were unable to observe her. When officers next observed her, she was picking-up other items, including a coffee grinder. She proceeded to the check-out

1

lane, and officers observed her purchase two boxes of pseudoephedrine. After JODIE made her purchase, officers examined Target's surveillance video and observed GOESSE purchasing two boxes of pseudoephedrine a few minutes before JODIE went through the check-out lane. Each left the store and returned to the shared vehicle in the parking lot.

4.     JODIE drove the vehicle with GOESSE as a passenger. They drove to the Clark gas station on the corner of E Avenue and 5th Street Northwest, Cedar Rapids. Both JODIE and GOESSE went into the gas station to use the restroom and then returned to their vehicle. Officers then followed them to the K-Mart store parking lot at 16th Avenue and Williams Boulevard Southwest, Cedar Rapids. K-Mart is located in close proximity to the Dollar General Store. JODIE entered the K-Mart store and GOESSE entered the Dollar General store, and officers conducted surveillance within the stores. Each purchased two boxes of pseudoephedrine at the respective stores. GOESSE walked to their vehicle and placed items in the vehicle, then he entered K-Mart. GOESSE purchased two boxes of pseudoephedrine at K-Mart and returned to the vehicle. JODIE then went into the adjacent HobbyTown USA. She left the hobby store and entered the Dollar General Store. Officers observed her leaving the Dollar General Store and saw her return to her vehicle. As she was approaching her vehicle, officers detained JODIE and GOESSE.

5.     Officers searched the vehicle. They found 12 boxes of pseudoephedrine, 20,000 matches in numerous match books, and a new coffee grinder.

2

6. Upon arrest, JODIE was advised of her rights, per Miranda. JODIE then waived her Miranda rights and agreed to speak with officers. JODIE identified herself as Paulette McLung with a birthdate of 1956. She denied possessing any identifying documents, but officers found false identification documents in her vehicle. The Canadian documents identified her as Paulette McLung with a birthdate of 1952. JODIE was then transported to the Linn County Sheriff's Office. The deputy who transported JODIE searched the back of his squad car and found drug paraphernalia and a baggie containing approximately 3.5 grams of suspected methamphetamine. It field tested positive for the presence of methamphetamine. JODIE later admitted ownership of the drug paraphernalia and methamphetamine, and she stated that JOHNNY had given her the methamphetamine. JODIE admitted she had been purchasing pseudoephedrine for another person for the purpose of manufacturing methamphetamine. She admitted that she had purchased pseudoephedrine on one or two other occasions. Officers terminated the interview, because they did not believe JODIE was being truthful.

7. Officers consulted with an agent from the Bureau of Immigration and Customs Enforcement, and learned that JODIE had previously been deported to Canada. When confronted, JODIE then admitted her true identity. She further stated that she married JOHNNY on February 10, 2005, and they currently reside together at 3238 200th Avenue, Ryan, Iowa. JODIE stated that JOHNNY sent her to purchase pseudoephedrine and he instructed her to purchase as much as should could. JODIE

3

stated that GOESSE was present at their residence in Ryan when she was leaving to purchase pseudoephedrine, and GOESSE agreed to accompany her to Cedar Rapids. JODIE stated that she has observed GOESSE using methamphetamine and marijuana in the past. JODIE stated that JOHNNY was planning on conducting a large methamphetamine cook on Thursday, March 10, 2005, but she anticipated that he would manufacture sooner than that.

8.      JODIE stated that she had observed JOHNNY manufacture methamphetamine approximately 10 to 15 times. He manufactures in their residence in the basement and in the spare upstairs bedroom. She stated that he sometimes removed the methamphetamine manufacturing items from the residence and conducted cooks elsewhere. JOHNNY typically manufactured approximately 10 grams of methamphetamine during a single cook. JODIE related that JOHNNY was obtaining pseudoephedrine from a wholesale company and was falsely posing as a distributor. JOHNNY set-up a company called J & R Distributing in order to obtain large shipments of pseudoephedrine. JODIE stated that on JOHNNY's cellular telephone number voicemail, he answers as "J & R Distributing." Since the time JODIE met JOHNNY in January 2005, she overheard him talking on the telephone when he identified himself as J & R Distributing, and stated that he "had two trucks down" and needed to order more pseudoephedrine.

9.      JODIE stated that approximately one week ago, she observed JOHNNY with a large black dufflebag full of blisterpacks and at least six cases of matches.

4

JODIE related that she was last at their Ryan residence on the morning of March 8, 2005. She stated that at 8:30 a.m. or 9:00 a.m., JOHNNY left the residence for Madison, Wisconsin. JOHNNY told JODIE that he was going there to purchase pills. She stated that the only reason he ever went to Madison was to purchase matches or pseudoephedrine pills. She stated that she had spoken with JOHNNY on the telephone and he stated that he had returned to Ryan from Madison at about 5:00 p.m. JODIE stated that when she left the residence in the morning, she observed iodine crystals wrapped in a shirt in the basement.

10.    Upon arrest, GOESSE was given his Miranda warnings. He signed a written waiver his rights and agreed to speak with officers. GOESSE stated that he had spent the night at JODIE's house "in the middle of nowhere." He stated that he had been at JODIE's house to do some work on electronic equipment. He stated that JODIE said she was going shopping in Cedar Rapids and she asked him if he wanted to go with her. GOESSE told officers that about half-way to Cedar Rapids, JODIE gave him money to purchase pseudoephedrine. He denied knowing what the pseudoephedrine was used for, because he did not want to ask questions or make JODIE mad. GOESSE stated that he did not know how to cook methamphetamine and he did not know anyone else who manufactured it. GOESSE admitted that he uses methamphetamine.

11.    Your affiant and other officers obtained a state of Iowa search warrant in Delaware County, Iowa. A search was conducted at the property JOHNNY and JODIE

5

rented located at 3238 200th Avenue, Ryan, Iowa, 52330. Four individuals were present when officers entered the residence: JOHNNY, Terry Mess, Lee Shaffer, and a seventeen-year-old juvenile female. The four individuals were detained and transported to the Delaware County Sheriff's Office for questioning. The property consists of a two-story square farmhouse with a detached garage and numerous outbuildings. Based upon my training and experience, the residence contained numerous items that are used to manufacture methamphetamine. Officers found the following items inside the residence: iodine crystals which were wrapped in a shirt, hydrogen peroxide bottles, iodine bottles, muriatic acid, disposable gloves, a baggie of white powder, 101 boxes of Top Care Nasal Decongestant (which each contained 96 tablets containing 30 milligrams of pseudoephedrine), Red Devil lye, flasks, razor blades, a funnel, Coleman fuel, acetone, 50 full bottles of Heet, 20 empty bottles of Heet, 9 empty Contac Cold blisterpacks (which each contained 10 tablets containing 120 milligrams of pseudoephedrine), a grinder, several reaction vessels, baggies containing suspected methamphetamine, drug paraphernalia, coffee filters, 3 cases of Shurfire matches, 70 boxes of Shurfire matches, plastic container with strike-plates from match books soaking in alcohol, a jar of solvent and sludge, a digital scale, and 5 empty blisterpacks of Target brand pseudoephedrine (which had contained 48 tablets containing 30 milligrams each). Officers also found a garbage bag containing 30 empty Contac Cold boxes (which each had contained 10 tablets containing 120 milligrams of pseudoephedrine), 19 empty Top Care Nasal Decongestant boxes (which each had

6

contained 96 tablets containing 30 milligrams of pseudoephedrine), 78 empty Contac Cold blisterpacks (which each had contained 10 tablets with 120 milligrams of pseudoephedrine), and 76 empty Nasal Decongestant blisterpacks (which each had contained 24 tablets containing 30 milligrams of pseudoephedrine).

12. JOHNNY has a criminal history including the following: on November 25, 1998, in Dubuque County District Court, JOHNNY was convicted of conspiracy to manufacture methamphetamine and sentenced to 10 years in prison; and on July 22, 2002, in Van Buren County District Court, JOHNNY was convicted of possession of a precursor and sentenced to 5 years imprisonment.

13. JODIE has a criminal history, including felony convictions in Dubuque County District Court on September 13, 2004, for forgery and possession with intent to deliver a controlled substance. She was sentenced to a suspended 5 year sentence on each count and 5 years of probation.

14. I believe there is probable cause to find that JOHNNY RAY MCATEE, JODIE ELAINE MCATEE, and MATTHEW GOESSE did knowingly and unlawfully combine, conspire, confederate, and agree with each other to commit the following offenses against the United States:

(1) knowing and intentional possession of approximately 10,000 pills, containing over 290 grams of pseudoephedrine, a List I chemical, knowing, intending, and having reasonable cause to believe that the pseudoephedrine would be used to manufacture methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(c)(2); and

7

(2) knowing and intentional attempt to manufacture 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846;

this in violation of 21 U.S.C. § 846.

I declare under the penalty of perjury that the above foregoing facts and circumstances are true and correct to the best of my knowledge and belief.

Executed this _9th_ day of March, 2005

_____
MARK STRAIT
DEA Task Force Officer

Sworn and subscribed to before me on this _9th_ day of March, 2005, by DEA Task Force Officer Mark Strait.

_____
JOHN A. JARVEY
Chief Magistrate Judge
United States District Court
Northern District of Iowa

8