# UNITED STATES DISTRICT COURT

NORTHERN     District of     IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> V. <br><br> __JOHNNY RAY MCATEE__ <br> *Defendant* | ORDER OF TEMPORARY DETENTION <br> PENDING HEARING PURSUANT TO <br> BAIL REFORM ACT |

Case

FILED
CEDAR RAPIDS HDQTRS OFFICE
NORTHERN DISTRICT OF IOWA
05-41M

MAR 09 2005

By:_____
Deputy

Upon motion of the __Defendant__

detention hearing is set for __3/11/05__   * at __1:30 pm__
                                *Date*                             *Time*

before __THE HONORABLE JOHN A. JARVEY__
*Name of Judicial Officer*

__ROOM 212, UNITED STATES DISTRICT COURTHOUSE, CEDAR RAPIDS, IOWA__
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by THE UNITED STATES MARSHAL

Date: __March 9, 2005__            _____
*Judicial Officer*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.