**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOHNNY RAY McATEE,

        Defendant.

No. 05-41M

**ORDER**

_____

    At the initial appearance of this defendant, an arraignment was scheduled for March 23, 2005, in the event he was indicted by the grand jury.

    IT IS ORDERED

    If the defendant is indicted by the grand jury, the arraignment is RESET to 2:00 p.m. on Monday, March 28, 2005, second floor courtroom, United States District Courthouse, Cedar Rapids, Iowa.

    March 21, 2005.

JOHN A. JARVEY
Magistrate Judge
UNITED STATES DISTRICT COURT